UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
NOVEMBER 26, 2019 SESSION



UNITED STATES OF AMERICA

v.                         CRIMINAL NO.  3:19-cr-00271
                                         18 U.S.C. § 2251(a)
                                         18 U.S.C. § 2251(e)
CHRISTOPHER CHARLES HIRST

## S U P E R S E D I N G   I N D I C T M E N T
(Production of Child Pornography)

The Grand Jury Charges:

From in or about August 2018 through August 6, 2019, at or near Hurricane, Putnam County, West Virginia, and elsewhere, and within the Southern District of West Virginia, defendant CHRISTOPHER CHARLES HIRST did employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, and attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and made using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

                              MICHAEL B. STUART  
                              United States Attorney

By: _____  
                              JENNIFER RADA HERRALD  
                              Assistant United States Attorney