```
Court Name: US District Court/SDWV
Division: 3
Receipt Number: HUNT004447
Cashier ID: hlcash
Transaction Date: 02/10/2020
Payer Name: CHARLES W. HIRST
-------------------------------------
CRIMINAL DEBT
 For: CHRISTOPHER HIRST
 Case/Party: D-WVS-3-19-CR-000271-001
 Amount:         $100.00
-------------------------------------
PAPER CHECK
 Check/Money Order Num: 7001
 Amt Tendered:  $100.00
-------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.
```