IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:19-00271

CHRISTOPHER CHARLES HIRST

**ORDER**

For reasons more fully stated on the record at the June 10, 2020 sentencing hearing held in the matter of *United States of America v. Christopher Charles Hirst,* Criminal Action No. 3:20-00021, and upon motion of the United States, this matter is **DISMISSED** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the Unites States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:   June 11, 2020

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE